**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Ann Quittschreiber, | Court File No. 07-1530 (PAM/RLE) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL** |
| K-mart Corporation. | |
| Defendant. | |

**ORDER**

On reading and filing the above and foregoing Stipulation:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed with prejudice as to K-mart Corporation.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT

Dated: May 15, 2008

s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court